

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

casmith@seyfarth.com

T (212) 218-5605

www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/06/2020
```



February 6, 2020

**VIA E-MAIL**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Neil Abromavage v. Deutsche Bank Securities Inc. et al (1:18-cv-06621)

Dear Judge Caproni :

We represent the Defendants in the above-captioned action.  We write jointly with Plaintiff's counsel to request a brief adjournment of the status conference currently scheduled for March 6, 2020 at 10:00 a.m. because I will be out of the country and Plaintiff's counsel will be in an arbitration hearing on that date.

This is the third request for an adjournment of the status conference.  The Court's Civil Case Management Plan and Scheduling Order scheduled the conference for September 27, 2019.  [Dkt. No. 18].  On September 4, 2019 the Court adjourned the conference to November 22, 2019.  [Dkt. No. 29].  On November 7, 2019, the Court adjourned the November 22, 2019 status conference to December 13, 2019.  [Dkt. No. 35].  On December 2, 2019, the Court granted the parties' first request for an adjournment, adjourning the status conference to January 10, 2020.  [Dkt. No. 37].  On December 18, 2019, the Court granted the parties' second request, adjourning the status conference to February 7, 2020.  [Dkt. No. 40].  On January 31, 2020, the Court adjourned the status conference to March 6, 2020 at 10:00 a.m.  [Dkt. No. 42].

Assuming that the Court prefers to hold conferences on Fridays, based on dates of previously scheduled conferences, counsel for Plaintiff and Defendants are available on the following Fridays:  March 20, March 27 and April 3, 2020, and respectfully request that the March 6, 2020 conference be adjourned to one of those dates that is convenient for the Court.

61616920v.2



The Honorable Valerie E. Caproni
February 6, 2020
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Cameron Smith*

Cameron Smith

CS:CV
cc:     All counsel of record (via ECF)

---

The next conference is adjourned to **March 20, 2020, at 10:00 A.M.**  An updated joint letter is due on or before **March 12, 2020**.

SO ORDERED.              Date: 02/06/2020

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE