

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

casmith@seyfarth.com
T (212) 218-5605

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2020

April 27, 2020

<u>VIA ECF</u>

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    Neil Abromavage v. Deutsche Bank Securities Inc. et al (1:18-cv-06621)

Dear Judge Caproni:

We represent Defendants Deutsche Bank Securities Inc. ("DBSI"), Jeffrey Bunzel and Mark Hantho (collectively, "Defendants") in the above-referenced case, and write to request an adjournment of the briefing schedule for Defendants' anticipated motion for summary judgment (the "Motion"). The present schedule, set by the Court in its March 13, 2020 Order [Dkt. No. 46], provides that the motion shall be made by May 15, 2020, opposition shall be filed on June 18, 2020 and reply filed on July 2, 2020. We respectfully request an adjourned briefing schedule providing that the Motion shall be made by June 12, 2020, opposition shall be filed by July 16, 2020 and reply filed by August 6, 2020. Defendants require additional time for the anticipated motion and to produce remaining discovery, as outlined in the parties' March 12, 2020 Status Report [Dkt. No. 45], due to the COVID-19 pandemic, which has disrupted Defendants' and their attorneys' operations.

This is the first request for an adjournment of the Motion briefing schedule. We have consulted with counsel for Plaintiff, and they consent to our request.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Cameron Smith*

Cameron Smith

cc:    All counsel of record (via ECF)

Application GRANTED.

SO ORDERED.                Date: 04/27/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE