

**Manhattan**
520 Eighth Avenue, 14th Floor
New York, New York 10018
T: 646.430.8295  F: 646.430.8294

**Long Island**
910 Franklin Avenue, Suite 200
Garden City, New York 11530
T: 516.307.1880  F: 516.307.1879

**George D. Vallas**
gvallas@goodstadtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2021

**MEMO ENDORSED**

March 4, 2021

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    <u>*Abromavage v. Deutsche Bank Securities Inc, et al.*, 18-cv-06621 (VEC)</u>

Dear Judge Caproni:

We represent Plaintiff in the above-referenced matter. We respectfully request a brief extension of the deadline for the parties to re-file revised copies of certain redacted exhibits described in the Court's February 23, 2021 Order (ECF No. 84). My daughters were born early and unexpectedly today. As I am the attorney with the most knowledge regarding the redactions, we respectfully request that the deadline for the parties to re-file the exhibits be extended from March 5, 2021 to March 12, 2021.

This is the first request for an extension of the referenced deadline, and counsel for Defendants do not object to this request. We thank the Court of its continued attention to this matter.

Respectfully submitted,

*/s/ George Vallas*

George Vallas

> Application GRANTED. The Court wishes you congratulations on the birth of your children.
>
> SO ORDERED.
>
> */s/ Valerie Caproni*    Date: March 5, 2021
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE