**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NEIL ABROMAVAGE,

                Plaintiff,

      -against-                                18 **CIVIL** 6621 (VEC)

                                                     **JUDGMENT**

DEUTSCHE BANK SECURITIES INC.;
JEFFREY BUNZEL, in his official and individual
capacities; and MARK HANTHO, in his official
and individual capacities,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion dated March 19, 2021, Defendants' motion for summary judgment is

granted as to all of Plaintiff's causes of actions except those based on the NYCHRL, which are

dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

    March 19, 2021

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

                  **BY:**      K. Mango

                                    **Deputy Clerk**